FILED

2008 APR -7 PM 3: 12

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | **INFORMATION** |
| --- | --- | --- |
| Plaintiff, | ) | Cr. No. 3:08 CR 00160 |
| vs. | ) | Title 29, United States Code, Section 501(c) |
| AMY J. CROSS, | ) | JUDGE DAVID A. KATZ |
| Defendant. | ) | |

The Acting United States Attorney charges:

From in or about January, 2003, to in or about December, 2006, in the Northern District of Ohio, Western Division, defendant AMY J. CROSS while an officer, that is, secretary-treasurer of Utility Workers of America, Local 308, a labor organization engaged in an industry affecting commerce, did embezzle, steal and unlawfully and willfully abstract and convert to her own use the moneys, funds, securities, property, and other assets of said labor organization by writing unauthorized checks to herself and using the union credit card for unauthorized personal expenditures, such embezzlement totaling $31,886.64; all in violation of Title 29, United States Code, Section 501(c).

*William J. Edwards*
William J. Edwards
Acting United States Attorney

ORIGINAL